UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 08-01093-JVS (MLGx) | Date | July 13, 2012 |
| Title | Robert Lotter v. National Marketing Inc., et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)
Order To Show Cause Why Party Additions Should Not Be Stricken

      On June 15, 2012, this Court granted in part and denied in part Plaintiff Robert Lotter's ("Lotter") motion to amend his complaint. (Docket No. 91.) The Court held that Lotter could add CCI as a defendant in the complaint. (Id.) The Court held that Lotter could not add CCI Canada, Susan Meyers, or Cristen Murphy as defendants. (Id.)

      On June 28, Lotter filed his second amended complaint. (Docket No. 92.) Despite the Court's order on June 15, 2012, Lotter named as defendants CCI Canada, Susan Meyers, and Cristen Murphy. (Id.)

      In light of this Court's ruling on what parties Lotter could add, the Court orders Lotter to show cause in writing no later than July 27, 2012 why these additional parties should not be stricken. Failure to respond will result in the striking of the additional parties.

| | 0 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | kjt | |